# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:19-cv-02036-TLP-dkv |
| v. | ) | |
| | ) | |
| TWENTY THOUSAND DOLLARS ($20,000.00) IN UNITED STATES CURRENCY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DECREE OF FORFEITURE AND ORDER OF DELIVERY

Pursuant to a complaint filed by the United States on January 11, 2019, seeking the forfeiture of Twenty Thousand Dollars ($20,000.00) in United States Currency under the provision of 31 U.S.C. § 5332(c), it is hereby ORDERED:

1. That the United States Marshal for this district will seize the defendant currency and hold said currency subject to the further orders of this Court;

2. That the United States Marshal will serve a copy of the complaint on all known claimants to the Defendant Currency including, without limitation Abdellah Elaassekri and J. Wayne Doss, Jr., Esq., attorney for Abdellah Elaassekri;

3. That the government will advertise the defendant currency on the internet at www.forfeiture.gov for thirty (30) consecutive days. The advertisement will serve notice that the defendant currency was seized by the Drug Enforcement Administration from Abdellah Elaassekri on August 6, 2018; that a Complaint for Forfeiture has been filed pursuant to 31 U.S.C. § 5332(c), and that any parties claiming any interest in the said currency must file a claim

within sixty (60) days of the first date of publication and an answer to the complaint within twenty (20) days thereafter.

**SO ORDERED**, this 16th day of January, 2019.

 s/Thomas L. Parker  
THOMAS L. PARKER  
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:19-cv-02036-TLP-dkv |
| v. | ) | |
| | ) | |
| TWENTY THOUSAND DOLLARS ($20,000.00) IN UNITED STATES CURRENCY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FORFEITURE ACTION**

On January 11, 2019, the United States of America, through the United States Attorney for the Western District of Tennessee, filed a Complaint for Forfeiture In Rem, pursuant to 31 U.S.C. § 5332(c), against the following defendant property:

*Twenty Thousand Dollars ($20,000.00) in United States Currency*

In accordance with Supplemental Rule G(5), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim (1) within 30 days after the final publication of this notice in a newspaper, (2) within 60 days after the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, or (3) within such additional time as may be allowed by the Court.

The Claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimants interest in the property; and (C) be signed by the claimant under penalty of perjury (*see* 28 U.S.C. § 1746). Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after

filing the claim. Claims and Answers must be filed with the Clerk, United States District Court for the Western District of Tennessee, 242 Federal Building, 167 N. Main, Memphis, Tennessee 38103 and serve notice upon the United States Attorney, 800 Federal Building, Memphis, Tennessee 38103, attn: Christopher E. Cotten, Assistant United States Attorney.

                                                                         D. MICHAEL DUNAVANT
                                                                         United States Attorney

By:   /s Christopher E. Cotten
      CHRISTOPHER E. COTTEN
Dated:   January 11, 2019              Assistant United States Attorney
                                                    800 Federal Bldg., 167 N. Main
                                                    Memphis, Tennessee 38103